FILED
CLERK, U.S. DISTRICT COURT

MAY 1 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON SOON PARK, | Case No. CV 96-2841-FMC (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: _May 13, 2008_

_Florence-Marie Cooper_
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE